No. 91–1350. SPAETH ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–1358. SCHWARTZ *v.* CITY OF FLINT. Ct. App. Mich. Certiorari denied.

No. 91–1372. WOODS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–1373. CALERO ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–1386. LOWRY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–1389. VIGIL *v.* SOLANO ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–6300. KALTENBACH *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 91–6663. WALLACE *v.* ROBINSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–6682. JEFFRESS *v.* JEFFRESS. Ct. App. Va. Certiorari denied.

No. 91–6781. KATTULA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6837. REED *v.* SOCIAL SECURITY ADMINISTRATION. C. A. 5th Cir. Certiorari denied.

No. 91–6858. CHERIF *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–6859. RESTREPO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6899. LOPEZ JAUREGUI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6905. OCHOA-FABIAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6938. ALZAMORA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.